UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

LINDA VESELY,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,                  }
                                                 }
                                                 }
                                                 }
                          Plaintiff,             }      Civil Action, File No.
                   v                             }      2:19-cv-00367-JS-SIL
                                                 }
MIDLAND CREDIT MANAGEMENT, INC.,                 }          ORDER
                                                 }
                          Defendant.             }

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

The Clerk of the Court is directed to mark this case CLOSED.

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 16, 2019
Central Islip, NY